IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BRIAN GARRETT MCGARVIE   *

        Plaintiff,   *

    v.   *   Civil Case No. JFM-13-322

COMMISSIONER OF SOCIAL SECURITY   *

        Defendant.   *

*******

## ORDER

I have reviewed U.S. Magistrate Judge Susan Paradise Baxter's June 26, 2014 Report and Recommendation, to which no objections have been filed. I agree with Judge Baxter's rationale and recommended disposition. Therefore, it is, this 3rd day of September, 2014 ORDERED that:

1. Judge Baxter's Report and Recommendations (ECF No. 5) BE, and HEREBY IS, ADOPTED as an order of the Court;

2. the Clerk of Court shall CLOSE this case; and

3. the Clerk shall send copies of this Order to counsel for the parties.

J. Frederick Motz
United States District Judge